**Exhibit A to the Complaint**

**Location:** Buffalo, NY  
**Total Works Infringed:** 30

**IP Address:** 98.5.55.14  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash:<br>148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 10-29-2021 09:11:14 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |
| 2 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash:<br>785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 10-09-2021 07:20:09 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 3 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash:<br>497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 10-09-2021 07:10:54 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 4 | Info Hash: B9E63DBF38E9763A05AD2EB8371F88C6A3338FE9<br>File Hash:<br>A94B37C6B1896286535B24D36323823CE17E1C4B23390F36310A323B98A35624 | 09-27-2021 16:32:58 | Tushy | 07-20-2019 | 08-26-2019 | PA0002213244 |
| 5 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash:<br>23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 09-22-2021 05:49:53 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 6 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash:<br>EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 09-22-2021 05:30:28 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 7 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash:<br>4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 09-21-2021 08:40:25 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 8 | Info Hash: 08A41F7A327E6D515D72226A6677C858F98FB25F<br>File Hash:<br>94B8223AA557DEFD6FA162762B73E7069D5F9FE52E48360D2748E102A4AB4418 | 09-21-2021 08:40:11 | Tushy | 04-26-2020 | 05-19-2020 | PA0002241478 |
| 9 | Info Hash: 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA<br>File Hash:<br>BFE4DDB1A644BF5767CCCB7776F41D052F9509199B8CFB06D1D95E9D87C284CA | 09-21-2021 02:56:06 | Vixen | 03-25-2017 | 06-05-2017 | PA0002050771 |
| 10 | Info Hash: 4185B00AD8C069F8298E7FB46190D7D0ABB13700<br>File Hash:<br>0104077AE3F0D7487953454691193566B818A0216E26D79BFE7473DC0D2C1E02 | 09-21-2021 02:46:05 | Tushy | 06-30-2017 | 07-07-2017 | PA0002070818 |
| 11 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash:<br>738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 09-20-2021 09:33:07 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09-20-2021 09:32:07 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 13 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 09-20-2021 09:29:27 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 14 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-20-2021 09:10:24 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 15 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 09-20-2021 09:07:38 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 16 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD<br>File Hash: 5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 09-20-2021 09:04:51 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 17 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-20-2021 09:02:45 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 18 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 09-16-2021 05:50:54 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 19 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 09-16-2021 05:50:25 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 20 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 09-16-2021 05:49:49 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 21 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 09-14-2021 06:57:38 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 22 | Info Hash: DAC594BA3910BF5E1EB9B1ECC6192E0204467264<br>File Hash: 250E82D7D8A2F74F87E778A300CE340586C3467D5F3409E4CEC9CDA0F15B3052 | 09-11-2021 19:08:23 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 23 | Info Hash: AAB43732CA29D96F72C32A4D7590FD1111D8A86C<br>File Hash: 336C39AA81CECA1E786A6C6A838549526A34BF8FCC7AA0D634CEE7A718B6DA26 | 09-10-2021 06:25:03 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 09-10-2021 05:38:45 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 25 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 09-10-2021 05:38:38 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 26 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 09-10-2021 05:38:17 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 27 | Info Hash: A044C1B3EBEC733AC48CD2C3AAA3AE825647F3D4F<br>File Hash: C69A7F72612E2AFF02237C8B1763F3A1C071E78B0E1EB762FAD8D95D95042504 | 09-09-2021 06:20:22 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 28 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash: 985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 08-28-2021 21:03:36 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 29 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 08-28-2021 21:00:26 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 30 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 08-25-2021 06:42:12 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |