UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

        vs.

JOHN DOE subscriber assigned IP address 98.5.55.14,

                Defendant.
---------------------------------------------------------X

Case No. 1:22-cv-00582-EAW

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant with a summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted.  Plaintiff shall have until December 23, 2022 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _____ day of _____, 2022.


By:_____
**UNITED STATES DISTRICT JUDGE**